COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 June 11, 2015
 No. 10-14-00352-CV
 IN THE INTEREST OF R.A., A CHILD
 
 
 From the 85[th] District Court
 Brazos County, Texas
 Trial Court No. 13-000921-CV-85
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error has been presented. Accordingly, the trial court's judgment signed on November 5, 2014 is affirmed.
 It is further ordered that the Texas Department of Family and Protective Services is awarded judgment against Lathomas Grays for the appellate costs that were paid, if any, by the Department of Family and Protective Services; and all unpaid appellate court costs, if any, are taxed against Lathomas Grays.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk